IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                         PLAINTIFF

v.                         Case No. 4:12CR00177-001 KGB

LEODIS RANDLE                                                                      DEFENDANT

## AMENDED JUDGMENT & COMMITMENT ORDER

The government filed a motion to modify restitution (Dkt. No. 95), to which defendant Leodis Randle does not object. Therefore, the government's motion is granted.

It is therefore ordered that the Judgment & Commitment Order entered on December 23, 2013 (Dkt. No. 73), is hereby amended to reflect that the total restitution amount owed of $66,618.22 is payable to the following victims:

Arkansas Federal Credit Union
Attn: Jesse Spencer
2424 Marshall Road
Jacksonville, AR 72076
$33,031.00

Regions Bank
Attn: James Alsbrook
400 West Capitol Avenue, 5th Floor
Little Rock, AR 72201
$14,286.31

Bank of America
Attn: Nancy Hollis
AR1-101-01-15
200 West Capitol Avenue
Little Rock, AR 72201
$300.00

Blue Nile
Attn: Bruce Mirkin
5907 4th Avenue South
Seattle, WA 98108
$4,321.00

Centerpoint Energy
Attn: Kelly Lassiter
401 West Capitol Avenue, Suite 600
Little Rock, AR 72201
$1,232.38

Entergy
Attn: Jon Majewski
4809 Jefferson Hwy.
Jefferson, LA 70121
$3,447.53

Paypal
Attn: Tommy Hutchings
2211 North 1st Street
South Jose, CA 95131
$10,000.00

Total Restitution: $66,618.22

All other conditions contained in the original Judgment & Commitment remain in full force and effect.

IT IS SO ORDERED this 19th day of March, 2014.

_____
Kristine G. Baker
United States District Court Judge