**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

UNITED STATES OF AMERICA                                                         PLAINTIFF

v.                                    NO.: 4:12CR00177-001 KGB

LEODIS RANDLE                                                                            DEFENDANT

## SECOND AMENDMENT TO JUDGMENT & COMMITMENT ORDER

The Judgment & Commitment Order entered on December 23, 2013, is hereby amended to correct the jurisdiction noted on the document. The jurisdiction should read Eastern District of Arkansas.

All other conditions contained in the original Judgment & Commitment Order entered December 23, 2013, and the Amendment to Judgment & Commitment Order entered on March 19, 2014, remain in full force and effect.

IT IS SO ORDERED this 5th day of May, 2014.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE