PROB 12B
EDAR (8-2002)

# United States District Court
## for the
## Eastern District of Arkansas



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 07 2015

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Leodis Randle      Case Number: 4:12CR00177-001 KGB

Name of Sentencing Judicial Officer:    Kristine G. Baker
United States District Judge

Offense: Unlawful Possession of a Means of Identification

Date of Sentence: December 19, 2013

Sentence: 30 months Bureau of Prisons; 3 years supervised release; firearm restrictions; DNA testing; substance abuse treatment and testing; mental health counseling; register with the state sexual offender agencies in any state where he resides, visits, is employed, caries a vocation, or is a student; comply with all state law requirements imposed on registers sexual offenders, the probation officer will provide all state officials with all information required any sexual predator and sexual offender notification and may direct Mr. Randle to report to these agencies for required additional processing; restitution was deferred for 90 days, restitution rate is 10% of the defendant's gross monthly income; financial disclosure; no new lines of credit; shall not be employed in an institution insured by the FDIC or Federal Credit Union; and $100 special penalty assessment

March 14, 2014: Amended Judgement; $66,618.22 restitution payable to the victims

Type of Supervision: Supervised Release    Date Supervision Commenced: January 10, 2015
Expiration Date: January 9, 2018

Asst. U.S. Attorney: Jana Harris    Defense Attorney: To be determined

Mental Health Treatment Specialist: Selina M. Earsa
Phone No.: 501-604-5258

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

Prob 12B -2- Request for Modifying the
Conditions or Terms of Supervision
with Consent of the Offender

Name of Offender: Leodis Randle     Case Number: 4:12CR00177-001 KGB

**The defendant shall actively participate in and cooperate with a regimen of mental health care and psychiatric aftercare as directed by the mental health provider and the U. S. Probation Office. This is to include his voluntary admission on an inpatient basis for stabilization should it be deemed necessary. He shall follow all the rules, regulations, and instructions of the treatment staff and, if recommended by the treatment provider, comply with the administration of psychotropic medication.**

## CAUSE

Mr. Randle's term of supervised release commenced on January 10, 2015. He reported for his initial intake at the probation office on January 14, 2015, and reported he will not comply with the restitution condition. He was referred to Family Service Agency in North Little Rock, Arkansas, for a mental health assessment, a psychiatric evaluation, individual sessions, and medication monitoring. He reported for his mental health assessment and is currently diagnosed with delusional disorder, cannabis abuse, seizures as reported by client, and primary support and legal problems.

On February 2, 2015, Mr. Randle failed to report for his psychiatric evaluation and failed to call prior to his absence. The service was scheduled at his request as he has reported to this officer and his treatment provider that he desires psychotropic medication for mental stability.

A Little Rock, Arkansas, Police Department Information Report reflected on February 4, 2015, Mr. Randle's legal spouse reported Mr. Randle was making threats against her. As the Little Rock police officer was interviewing Mr. Randle, a temporary protection order was served on Mr. Randle. The police officer also reported that he listened to a recorded conversation on the legal spouse's phone, where Mr. Randle was recorded several times stating he was going to cut her head off.

Mr. Randle reported for a rescheduled psychiatric evaluation on February 10, 2015, and the report noted he denied suicidal or homicidal ideation and he had a previous diagnosis of Schizophrenia, anxiety, depression, and seizures. Further treatment in the form of individual sessions and psychotropic medication were recommended by the service provider, but Mr. Randle will need to be referred to a primary care physician to address seizure activity prior to receiving a prescription for psychotropic medication. The assigned mental health therapist referred Mr. Randle to the free clinic, Harmony House, for testing regarding the reported seizure disorder.

On January 23; February 13; and March 3, 2015, Mr. Randle submitted urine specimens that were confirmed positive for marijuana and diluted specimens. As a result of his drug use, Mr. Randle accepted a referral to the Recovery Centers of Arkansas in Little Rock. He also failed to report for drug testing on February 11, 2015.

The probation office is concerned that Mr. Randle has tested positive for marijuana on more than one occasion within his first 60 days of supervised release. He was also recently diagnosed with delusional disorder and recommended for psychotropic medication for stability. These factors are concerns that reflect risks to reoffend.

Prob 12B -3- Request for Modifying the
Conditions or Terms of Supervision
with Consent of the Offender

Name of Offender: Leodis Randle         Case Number: 4:12CR00177-001 KGB

On March 18, 2015, Mr. Randle reported to the probation office to address the above reported violations. He agreed to a modification to include that he actively participate in and cooperate with a regimen of mental health care and psychiatric aftercare as directed by the mental health provider and the U. S. Probation Office. This is to include his voluntary admission on an inpatient basis for stabilization should it be deemed necessary. He also agreed to follow all the rules, regulations, and instructions of the treatment staff and, if recommended by the treatment provider, comply with the administration of psychotropic medication. During this office visit he also admitted he used marijuana on March 17, 2015, and signed an admission of drug use form. He also showed his new prescription for psychotropic medication of Depakote and reported he had the funds to fill the prescription. He was advised to fill the prescription and take his medication accordingly. He acknowledged an understanding.

Federal Public Defender Jennifer Horan was contacted and is in agreement with the attached Waiver of Hearing to Modify Conditions of Supervision.

_____          _____
Selina M. Earsa                                Jana Harris
Mental Health Treatment Specialist             Assistant U.S. Attorney

Date: April 1, 2015                            Date: 4-6-15

---

This form is to be filed with Criminal Docketing as a motion.

THE COURT ORDERS:

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[✓]   The Modification of Conditions as Noted Above
[ ]   Other

_____
Signature of Judicial Officer

april 7, 2015
_____
Date

This form is to be filed with Criminal Docketing as an order and/or petition.

Approved: _____
Supervising U.S. Probation Officer

c:  Federal Public Defender, Jenniffer Horan, 1401 West Capitol Avenue, Suite 490, Little Rock, AR 72201
    Leodis Randle, 2462 Howard, Little Rock, AR 72206
    Assistant U.S. Attorney, Jana Harris, P.O. Box 1229, Little Rock, AR 72203

Prob 12B -4- Request for Modifying the
Conditions or Terms of Supervision
with Consent of the Offender

Name of Offender: Leodis Randle   Case Number: 4:12CR00177-001 KGB



PROB 49
(5/89)

# United States District Court

## Eastern District of Arkansas

### Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To add the following special conditions:

The defendant shall actively participate in and cooperate with a regimen of mental health care and psychiatric aftercare as directed by the mental health provider and the U. S. Probation Office. This is to include his voluntary admission on an inpatient basis for stabilization should it be deemed necessary. He shall follow all the rules, regulations, and instructions of the treatment staff and, if recommended by the treatment provider, comply with the administration of psychotropic medication.

Witness: _____  Signed: X _____
(U. S. Probation Officer)                    (Probationer or Supervised Releasee)

X  4/13/15
     (Date)

_____
FEDERAL DEFENDER